**MEMO ENDORSED**

**Eugenie Gilmore, Esq.**

**37690 State Highway 23**

**Grand Gorge, NY 12434**

**646 217 8816**

**Eugeniegilmore@aol.com**

January 22, 2026

Application granted. SO ORDERED.

Date:    January 27, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

Magistrate Gary Stein

500 Pearl Street, Room 702

 United States Courthouse

United States Courthouse New York, NY 10007

Re: 1:25-cv-07465-GS McAdoo v. Bisigano

Dear Honorable Magistrate Stein:

I am the attorney for the Plaintiff Cager McAdoo. I am writing to request acceptance of my late filing of Plaintiff's Motion for Judgment on the Pleadings. I tried filing yesterday and at first I could not get into the system. Then I was able to file the Notice of Motion but the ECF system would not accept my Memorandum, saying it was too large which it was not.  I called the Help Desk this morning and was told sometimes the system has problems and to try again since my document was not over the limit for ECF. This time the system accepted it.

Respectfully,

Eugenie Gilmore

40 pages due to the extensive detail of the record. I reached out to the attorney for Social Security in this matter and I understand the Commissioner takes no position on this request.

I thank the Court for its consideration of this request.

Respectfully,

*Eugenie Gilmore*

Eugenie Gilmore