**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
CAGER M.,

Plaintiff,

25 **CIVIL** 7465 (GRJ)

-against-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
---------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated August 25, 2026, Plaintiff's Motion for Judgment on the Pleadings is DENIED and this case is DISMISSED. Accordingly, judgment is entered in favor of the Commissioner and this case is closed.

**Dated:** New York, New York

August 27, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nezam Dulal

**Deputy Clerk**